[No. 25715-1-III. Division Three. October 23, 2007.]

CURTIS PRICE ET AL., *Appellants*, v. RICHARD PARRISH ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Spokane County, No. 06-2-04475-9, Neal Q. Rielly, J., entered November 3, 2006. *Affirmed* by unpublished opinion per Brown, J., concurred in by Sweeney, C.J., and Schultheis, J.

[No. 25863-7-III. Division Three. October 23, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. STEPNEY DYLAN MORRIS, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 06-1-03377-0, Kathleen M. O'Connor, J., entered January 4, 2007. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Schultheis and Brown, JJ.

[No. 24850-0-III. Division Three. October 25, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. GUYLIN MICHAEL JOHNSTON, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 04-1-02152-0, Neal Q. Rielly, J., entered December 23, 2005. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Schultheis, A.C.J., and Stephens, J. Now published at 143 Wn. App. 1.

[No. 25255-8-III. Division Three. October 25, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY GAYLORD GARVIN, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 05-1-02429-7, Blaine G. Gibson and Susan L. Hahn, JJ., entered May 26 and June 14, 2006. *Affirmed* by unpublished opinion per Stephens, J., concurred in by Sweeney, C.J., and Schultheis, J.